## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 748 MAL 2017

                Respondent     :

    :    Petition for Allowance of Appeal from
    :    the Order of the Superior Court

                v.                     :

JORGE MORALES-GASPARINI,     :

                Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.